UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY DEWAYNE JACOBS, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> CAROLYN W. COLVIN, ) <br> ACTING COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) | **JUDGMENT** <br> No. 7:13-CV-184-RJ |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Claimant's Motion for Judgment on the Pleadings [DE-29] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-31] is ALLOWED, and the final decision of the Commissioner is upheld.

This Judgment Filed and Entered on March 31, 2015 with service on:
H. Clifton Hester (via Notice of Electronic Filing)
Leo R. Montenegro (via Notice of Electronic Filing)

|  |  |
|---|---|
|  | JULIE RICHARDS JOHNSTON, CLERK |
| DATE | /s/ Jacqueline B. Grady |
| March 31, 2015 | Jacqueline B. Grady, Deputy Clerk |